ROBERT CORN-REVERE
(*pro hac vice*)
  bobcornrevere@dwt.com
RONALD G. LONDON
(*pro hac vice*)
  ronnielondon@dwt.com
LISA B. ZYCHERMAN
(*pro hac vice*)
  lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC  20006
Telephone: (202) 973-4200

DAVID B. ROSEN, ESQ. – Bar No. 7152
THE LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
(808) 523-9393

Attorneys for Plaintiffs
Merritt Burch and Anthony Vizzone

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| **MERRITT BURCH** and **ANTHONY VIZZONE,** | Case No. 14-00200 HG-KSC |
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **UNIVERSITY OF HAWAII SYSTEM, DAVID LASSNER, DONALD STRANEY, ELLEN KUSANO** and **LEOMI BERGKNUT,** | |
| Defendants. | |

Plaintiffs Merritt Burch and Anthony Vizzone, by their undersigned counsel, and Defendants University of Hawaii System, David Lassner, Donald Straney, Ellen Kusano and Leomi Bergknut, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action in its entirety with prejudice as to all defendants.  Each party to bear his/her/its own attorneys' fees and costs.

DATED:  December 17, 2014

Respectfully submitted,

By:    /s/ Robert Corn-Revere
      Robert Corn-Revere

| | |
|---|---|
| David B. Rosen, Esq. | Robert Corn-Revere (*pro hac vice*) |
| The Law Office of | Ronald G. London (*pro hac vice*) |
|  David B. Rosen, ALC | Lisa B. Zycherman (*pro hac vice*) |
| 810 Richards Street, Suite 880 | DAVIS WRIGHT TREMAINE LLP |
| Honolulu, HI 96813 | 1919 Pennsylvania Avenue, NW |
| (808) 523-9393 | Suite 800 |
| | Washington, DC  20006 |
| | (202) 973-4200 |

Attorneys for Plaintiffs Merritt Burch and
 Anthony Vizzone


By:    /s/ Mark J. Bennett
    Mark J. Bennett
    Mateo Caballero

    Attorneys for Defendants
    University of Hawaii System,
    David Lassner, Donald Straney,
    Ellen Kusano, and Leomi Bergknut

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| **MERRITT BURCH** and **ANTHONY VIZZONE,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 14-00200 HG-KSC ) ) **CERTIFICATE OF SERVICE** |
| **UNIVERSITY OF HAWAII SYSTEM, DAVID LASSNER, DONALD STRANEY, ELLEN KUSANO** and **LEOMI BERGKNUT,** | ) ) ) ) ) ) |
| Defendants. | ) |

The undersigned hereby certifies that on this date, a copy of the foregoing document will be duly served upon all parties by CM-ECF electronic service.

DATED:  December 17, 2014

| | By:   /s/ Lisa B. Zycherman |
| --- | --- |
| | Lisa B. Zycherman |
| David B. Rosen, Esq.<br>The Law Office of David B. Rosen, ALC<br>810 Richards Street, Suite 880<br>Honolulu, HI 96813<br>(808) 523-9393 | Robert Corn-Revere (*pro hac vice*)<br>Ronald G. London (*pro hac vice*)<br>Lisa B. Zycherman (*pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006<br>(202) 973-4200<br><br>Attorneys for Plaintiffs<br>Merritt Burch and Anthony Vizzone |