UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| **MERRITT BURCH** and **ANTHONY VIZZONE,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF HAWAII SYSTEM, DAVID LASSNER, DONALD STRANEY, ELLEN KUSANO** and **LEOMI BERGKNUT,**<br><br>Defendants. | Case No. 14-00200 HG-KSC<br><br>[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE |

On December 17, 2014, the parties jointly submitted a Stipulation for Dismissal to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees, and other litigation expenses.

APPROVED AND SO ORDERED.

Dated this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE